# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GENOVEVA FARFAN | § § § | |
| v. | § § | 1:14cr33-HSO-JCG-8 <br> 1:18cv71-HSO |
| UNITED STATES OF AMERICA | § § § | |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue in this case. No jurists of reason could conclude that the Court's dismissal on procedural grounds was debatable or incorrect. *See Slack v. McDaniel*, 529 U.S. 473, 485 (2000).

Date: March 8, 2018

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE